UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Zola Ngcobo**<br>           **Plaintiff**<br><br>**V.**<br><br><br><br>**Companions & Homemakers, Inc. and Linda Grigerek**<br>           **Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO.:**<br>**3:20-cv-01467-KAD**<br><br><br><br><br><br>**JUNE 1, 2021** |

## PARTIES' JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants stipulate and agree that this action may be dismissed with prejudice and without costs or attorneys' fees being awarded to any of these named parties, upon Order of the Court and upon such terms and conditions as the Court deems proper, and that judgment enter accordingly.

| | |
|---|---|
| **THE PLAINTIFF,**<br>**ZOLA NGCOBO** | **THE DEFENDANTS,**<br>**COMPANIONS & HOMEMAKERS INC., and**<br>**LINDA GRIGEREK** |
| By:  /s/ Thomas J. Durkin<br>Thomas J. Durkin (ct30371)<br>Hayber, McKenna & Dinsmore, LLC<br>750 Main Street, Suite 904<br>Hartford, CT 06103<br>Tel. (860) 522-8888<br>Fax (860) 218-9555<br>E-mail: tdurkin@hayberlawfirm.com<br>Dated: June 1, 2021 | By:  /s/ Jacqueline Maulucci<br>Jacqueline Maulucci (ct28064)<br>Litchfield Cavo LLP<br>82 Hopmeadow Street, Suite 210<br>Simsbury, CT 06089<br>Tel: 860-413-2800<br>Fax: 860-413-2801<br>Email: maulucci@litchfieldcavo.com<br>Dated: June 1, 2021 |

## **CERTIFICATION OF SERVICE**

This is to certify that on June 1, 2021, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                /s/ Thomas J. Durkin
                Thomas J. Durkin